**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

No. 06-1446

───────────

JOE NATHAN SALES,

Plaintiff - Appellant,

versus

GREENVILLE COUNTY SCHOOL DISTRICT,

Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry M. Herlong, Jr., District Judge.  (6:05-cv-00313-HMH)

───────────

Submitted:  February 15, 2007          Decided:  February 20, 2007

───────────

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Joe Nathan Sales, Appellant Pro Se.  Sean A. Scoopmire, CLARKSON, WALSH, RHENEY & TERRELL, PA, Greenville, South Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joe Nathan Sales appeals the district court's order adopting the recommendation of the magistrate judge and granting summary judgment to the School District in Sales's employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. <u>Sales v. Greenville County Sch. Dist.</u>, No. 6:05-cv-00313-HMH (D.S.C. Mar. 31, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>